IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RUSSELL G. OLIVER,<br><br>      Plaintiff,<br><br>   v.<br><br>COASTAL REGIONAL COMMISSION OF GEORGIA,<br><br>      Defendant. | CIVIL ACTION NO.: 2:21-cv-62 |

**O R D E R**

    The Court held a settlement conference with the parties over two days on October 19 and October 21, 2021.  The parties did not reach a settlement agreement at that conference.  The Court hereby **LIFTS** the stay imposed in this case. Doc. 8.  Further, the Court **DIRECTS** the parties to conduct their Rule 26(f) conference within 14 days of this Order.  Doc. 2.  The parties shall file their Rule 26(f) report within 7 days of the conference.

    **SO ORDERED**, this 22nd day of October, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA